1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Litigation Counsel, Civil Division
6  MARLA K. LETELLIER, CSBN 234969
7  Special Assistant United States Attorney
   Social Security Administration
8  Office of the General Counsel
9  Office of Program Litigation, Division 7
       6401 Security Boulevard
10     Baltimore, Maryland 21235
11     Telephone: (510) 970-4830
       Facsimile: (415) 744-0134
12     E-mail: marla.letellier@ssa.gov
13
   Attorneys for Defendant
14

15
                   UNITED STATES DISTRICT COURT
16           FOR THE CENTRAL DISTRICT OF CALIFORNIA
17             WESTERN DIVISION—LOS ANGELES

18  DAMARA RENEE CHARLES,              CASE NO. 2:24-cv-02061-SPG-SSC
19
          Plaintiff,                   [PROPOSED] JUDGMENT OF REMAND
20
21              v.

22  MARTIN O'MALLEY,
23  Commissioner of Social Security,

24        Defendant.

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

      The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: July 12, 2024

_____

HON. STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] JUDGMENT                         CASE NO. 2:24-CV-02061-SPG-SSC