UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

| | | |
|---|---|---|
| DAMARA RENEE CHARLES, | ) | No: 2:24-cv-02061-SPG-SSC |
| Plaintiff, | ) | |
| v. | ) | (~~PROPOSED~~) EAJA ORDER |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) | |
| Defendant | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND FOUR HUNDRED FIFTY-TWO DOLLARS AND 59/100 ($4,452.59 and zero costs ($0.00), subject to the terms of the stipulation.

DATE: August 19, 2024    _____

HON. STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE